UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HERTZ INVESTMENT GROUP, LLC.** | * | **CIVIL ACTION NO.:** |
| | * | **2:22-CV-02126-JDC-KK** |
| **HERTZ LAKE CHARLES ONE, LLC** | * | |
| *Plaintiffs* | * | |
| **VERSUS** | * | **JUDGE: JAMES D. CAIN** |
| **THE CITY OF LAKE CHARLES,** | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

**CONSIDERING** the *Joint Motion to Continue the Submission and Opposition Dates on Defendant's Motion to Dismiss [Rec. Doc. 8]* (the "Joint Motion to Continue") filed by Plaintiffs, Hertz Investment Group, LLC and Hertz Lake Charles One, LLC (collectively, "Hertz"), and Defendant, the City of Lake Charles (the "City"),

**IT IS ORDERED** that the Joint Motion to Continue is hereby **GRANTED**, and that the October 26, 2022 submission date and all deadlines associated with the City's Motion to Dismiss [Rec. Doc. 8], including without limitation the deadlines for Hertz's Opposition and the City's Reply, are hereby continued without date and shall be re-set upon the filing of a motion by any party requesting that the Motion to Dismiss be re-set for hearing.

THUS DONE AND SIGNED in Chambers this 28th day of September, 2022.

*[signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**
